FILED by VK D.C.
JUN 0 7 1999
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Alliance for ADA Compliance          **CIVIL MINUTES**

                                     Case No. 98-3218-CIV-King
                                     Date     6/4/99
vs.

Florida Gaming Centers               JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Vicki Kramerman        COURT REPORTER:

TYPE OF PROCEEDING:

Scheduling Conference ___            Status Conference ___
Pre-Trial Conference  X              Motion Hearing    ___

Counsel for Plaintiff: John Mallar
Counsel for Defendant: Michael Feiler

Motion:
Granted/Denied/Taken Under Advisement

DISCOVERY CUT OFF DATE: _____

PRE-TRIAL MOTIONS FILED BY: _____

ORAL ARGUMENT ON MOTION TO BE SET FOR: _____

STATUS CONFERENCE SET FOR: _____

SCHEDULING CONFERERENCE SET FOR: _____

PRE-TRIAL CONFERENCE SET FOR: _____

TRIAL SET FOR: June 28, 1999
JURY/NON JURY
ESTIMATED TRIAL DAYS:
LOCATION: MIAMI/KEY WEST

TRIAL CONTINUED TO: _____

PRE-TRIAL CONFERENCE CONTINUED TO: _____

SCHEDULING CONFERENCE CONTINUED TO: _____

Mediation granted. Case will most likely settle.

12
/6