UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO:98-3218-CIV-KING

MAGISTRATE: DUBE

THE ALLIANCE FOR ADA COMPLIANCE,
INC., et al.

      Plaintiff(s),

VS.

FLORIDA GAMING CENTERS, INC.,
a Florida corporation,

      Defendant(s).
_____/

FILED by W D.C
JUL 1 - 1999
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER OF DISMISSAL WITH PREJUDICE

This Cause having come before this Court upon the parties Stipulation for dismissal with Prejudice, and the Court being duly advised in the premises, it is hereby

ORDERED and ADJUDGED that this case is dismissed with prejudice, subject to this Court retaining jurisdiction to enforce the Settlement Agreement entered into by the parties.

DONE and ORDERED in Chambers this __14__ day of __July__, 1999.

_____
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
JEFFREY BLAKER
Fuller Mallah & Associates
1111 Lincoln Rd #802
Miami Beach, Fl 33139

MICHAEL FEILER
3929 PONCE DE LEON BLVD
CORAL GABLES FL. 33134